UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MAGIC HAT IP, LLC, AND
INDEPENDENT BREWERS UNITED CORPORATION,

    Plaintiff,

vs.                            Civ. 5:13-cv-00136-DCR

WEST SIXTH BREWING COMPANY, LLC,

                                       **JURY TRIAL DEMANDED**

    Defendant.

---

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs Magic Hat IP, LLC and Independent Brewers United Corporation (collectively, "Magic Hat") make this Motion for Preliminary Injunction, pursuant to Fed. R. Civ. P. 65, on the basis that commencing on May 21, 2013, Defendant West Sixth Brewing Company, LLC ("West Sixth") undertook a massive advertising effort and social media smear campaign to sell its own products, promote its own brand, and to deliberately destroy Magic Hat's good will, customer relationships and sales.  West Sixth's advertising campaign was riddled with false and misleading statements that were designed to manipulate the emotions of the parties' customer base and spur them into action to spam Magic Hat with more than 75,000 insulting and abusive emails spread across five email accounts, cover Magic Hat's Facebook page with negative comments and promises to never drink Magic Hat beer again, and pressure Magic Hat's retail accounts into pulling its beer from their taps and shelves.  In short, there is overwhelming documentary evidence in the record that West Sixth's actions have irreparably harmed Magic Hat's good will, trademarks, customer and other business relationships, and sales. West Sixth orchestrated the advertising campaign deliberately and with malice in a concerted effort to destroy Magic Hat.  The false

advertisements have caused enormous financial damage, as well as irreparable harm, to Magic Hat's good will, customer relationships, and brands. As is shown in Verified Amended Complaint (with exhibits) (Docket No. 7) and the accompanying supporting Memorandum of Fact and Law, Magic Hat has shown: (1) a likelihood of success on the merits; (2) irreparable harm; and (3) the balance of the hardships and the public interest weigh in its favor.

For these reasons and the reasons set out in the supporting papers, Magic Hat respectfully requests that this Honorable Court set a hearing on these issues as soon as possible and grant its request for preliminary injunctive relief in order to stop further devastating damage to Magic Hat. Magic Hat also respectfully requests that this Court enter an order enjoining and restraining West Sixth and its officers, directors, members, managers, owners, agents, servants, employees, and those acting in concert or participation with them, from making any further false and/or misleading advertising materials and/or false and/or misleading statements about Magic Hat or Magic Hat's affiliated or associated entities, products, company, or business.  A proposed Order is tendered.

**THIS IS PLAINTIFFS' FIRST REQUEST FOR EXTRAORDINARY RELIEF.**

This 27th day of May, 2013.                    Respectfully submitted,

*/s/ Joshua R. Denton*
Joshua R. Denton
BASS BERRY & SIMS, PLC
150 3rd Ave South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
jdenton@bassberry.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of May, 2013, a copy of the foregoing Motion for Preliminary Injunction (with tendered Proposed Preliminary Injunction Order) was electronically filed with the Clerk of Court using the CM/ECF system and was served on the following via U.S. Mail, first class postage prepaid:

West Sixth Brewing Company, LLC
c/o Registered Agent – Thomas Benjamin Self
148 Woodland Avenue
Lexington, KY 40502


　　　　　　　　　　　　　　　　　　　　*/s/ Joshua R. Denton*

11902607.1