UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MAGIC HAT IP, LLC, AND
INDEPENDENT BREWERS UNITED CORPORATION,

Plaintiff,

vs.  Civ. 5:13-cv-136-DCR

WEST SIXTH BREWING COMPANY, LLC,

**JURY TRIAL DEMANDED**

Defendant.

---

**CORPORATE DISCLOSURE STATEMENT OF MAGIC HAT IP, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Magic Hat IP, LLC discloses that Magic Hat IP, LLC is wholly owned by Independent Brewers United, Inc.; Independent Brewers United, Inc. is wholly owned by NAB Holdco, LLC; NAB Holdco, LLC is wholly owned by North American Breweries, Inc.; North American Breweries, Inc. is wholly owned by North American Breweries Intermediate Holdings, LLC; North American Breweries Intermediate Holdings, LLC is wholly owned by North American Breweries Holdings, LLC; North American Breweries Holdings, LLC is wholly owned by CCR American Breweries Inc.; CCR American Breweries Inc. is wholly owned by Cerveceria Costa Rica S.A.; Florida Ice and Farm Company S.A. owns 75% of Cerveceria Costa Rica S.A. and Heineken NV owns 25% of Cerveceria Costa Rica S.A.

The following publicly held corporations directly or indirectly own 10% or more of Magic Hat's stock: Heineken NV; Heineken Holdings NV; Fomento Económico Mexicano, SAB de CV; L'Arche Green NV; Greefee BV; Florida Ice and Farm Company SA.

May 27, 2013                                Respectfully submitted,

                                            */s/ Joshua R. Denton*
                                            Joshua R. Denton
                                            BASS BERRY & SIMS, PLC
                                            Suite 2800, 150 3rd Ave South
                                            Nashville, Tennessee 37201
                                            (615) 742-6200
                                            jdenton@bassberry.com
                                            pmills@bassberry.com

                                            *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of May, 2013, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and was served on the following via U.S. Mail, first class postage prepaid:

West Sixth Brewing Company, LLC
c/o Registered Agent – Thomas Benjamin Self
148 Woodland Avenue
Lexington, KY 40502

*/s/ Joshua R. Denton*