UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

MAGIC HAT IP, LLC, AND
INDEPENDENT BREWERS UNITED CORPORATION,

    Plaintiff,

vs.                  Civ. 5:13-cv-136-DCR

WEST SIXTH BREWING COMPANY, LLC,

**JURY TRIAL DEMANDED**

    Defendant.

---

## PLAINTIFFS' MOTION FOR THE ADMISSION OF PAIGE W. MILLS PRO HAC VICE

COME NOW Plaintiffs Magic Hat IP, LLC and Independent Brewers United Corporation (collectively, the "Plaintiffs") and respectfully move this Court for an order admitting Paige W. Mills as counsel *pro hac vice.*

As a basis for this Motion, the Plaintiffs would show that: Paige W. Mills is an attorney with the firm of Bass, Berry & Sims PLC, located at 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201. She wishes to appear in the above-styled action, in the United States District Court, Eastern District of Kentucky, Lexington Division.

Ms. Mills is currently licensed to practice law in the State of Tennessee in good standing, and is admitted to practice law before the Tennessee Supreme Court, all Tennessee trial courts, and all divisions of the United States District Court located in the State of Tennessee, among others. No disciplinary action or investigation of Ms. Mills' conduct is pending in Kentucky or any other State.

Ms. Mills agrees to subject herself to the jurisdiction of the courts of Kentucky in any matter arising out of her conduct in such proceedings and agrees to be bound by the Code of

Professional Responsibility applicable to Kentucky lawyers and the interpretation thereof by Kentucky courts.

Ms. Mills is associated with Joshua R. Denton, of the same law firm, located at 150 Third Avenue South, Suite 2800, Nashville, TN  37201, for her appearance *pro hac vice* in this matter.

May 28, 2013                                            Respectfully submitted,

/s/ Joshua R. Denton         _
Joshua R. Denton
BASS BERRY & SIMS, PLC
Suite 2800, 150 3rd Ave South
Nashville, Tennessee 37201
(615) 742-6200
jdenton@bassberry.com
pmills@bassberry.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of May, 2013, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and that service was accomplished via the CM/ECF system notice and/or via U.S. Mail, first class postage prepaid.

> West Sixth Brewing Company, LLC
> c/o Registered Agent – Thomas Benjamin Self
> 148 Woodland Avenue
> Lexington, KY 40502

*/s/ Joshua R. Denton*