UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MAGICE HAT IP, LLC AND<br>INDEPENDENT BREWERS UNITED<br>CORPORATION,<br><br>          PLAINTIFF<br><br>v.<br><br>WEST SIXTH BREWING COMPANY, LLC,<br><br>          DEFENDANTS. | CIVIL ACTION NO. 5:13:CV-00136-<br>DCR/REW<br><br>**ELECTRONICALLY FILED** |

## ENTRY OF APPEARANCE

As directed by the minute entry (DOC #18) Gregory P. Parsons and Jennifer L. Kovalcik

with the law firm Stites & Harbison, PLLC, enter their appearances as counsel for the Defendant,

West Sixth Brewing Company, LLC.

Respectfully submitted,

*s/ Gregory P. Parsons*
Gregory P. Parsons
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY  40507-1758
Telephone: (859) 226-2300
E-Mail:  gparsons@stites.com

*s/ Jennifer L. Kovalcik*
Jennifer L. Kovalcik
STITES & HARBISON PLLC
Sun Trust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone:(615) 782-2214

COUNSEL FOR DEFENDANT
WEST SIXTH BREWING COMPANY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system, which will send a notice of electronic filing to the

following:

**Joshua Ray Denton**
Bass, Berry & Sims PLC - Nashville TN
150 Third Avenue South
Suite 2800
Nashville, TN 37201
615-742-7761
Fax: 615-742-2790
Email: jdenton@bassberry.com


I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

**Paige W. Mills**
Bass, Berry & Sims PLC - Nashville TN
150 Third Avenue South
Suite 2800
Nashville, TN 37201

**Kimberly I. Shimomura**
Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, NY 14604-2711


*s/ Gregory P. Parsons*
Gregory P. Parsons