UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO.  5:13:CV-00136-DCR-REW

MAGIC HAT IP, LLC, AND
INDEPENDENT BREWERS UNITED CORPORATION                 PLAINTIFFS

V.                         NOTICE OF APPEARANCE

WEST SIXTH BREWING COMPANY, LLC                         DEFENDANT

*****

Come Daniel E. Murner, Elizabeth A. Deener, and the law firm of Landrum & Shouse, LLP, pursuant to the Court's entry of June 6, 2013 (DE 18), and hereby give notice of their appearance on behalf of Defendant, West Sixth Brewing Company, LLC.

                              Respectfully submitted,

                              DANIEL E. MURNER
                              ELIZABETH A. DEENER
                              LANDRUM & SHOUSE LLP
                              Post Office Box 951
                              Lexington, Kentucky 40588-0951
                              Telephone: 859-255-2424

                         By:  /s/ Elizabeth A. Deener
                              ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

This will certify that on the 7th day of June, 2013, I have electronically submitted this document to the ECF system to the following:

Joshua R. Denton
Paige W. Mills
Bass, Berry & Sims, PLC
Ste. 2800, 150 3rd Ave South
Nashville, TN 37201
jdenton@bassberry.com

Kimberly I. Shimomura
Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604-2711
Kshimomura@hselaw.com

By: /s/ Elizabeth A. Deener
ATTORNEYS FOR DEFENDANT